PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.  Case No.  A03-047 CR (AHB)

Ovidio Garcia-Talavera

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on July 27, 2006. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_Eric D. Odegard_  7/27/06
Eric D. Odegard                    Date
U.S. Probation Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this  8th  day of  August , 2006.

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
John D. Roberts
U.S. Magistrate Judge